## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 50010 | **DATE** | 11/30/2007 |
| **CASE TITLE** | U.S.A. vs. Dismuke | | |

**DOCKET ENTRY TEXT:**

Sirdouglas Dismuke, a federal prisoner, has filed a "motion to amend sentencing judgment's restitution order," citing U.S.S.G. § 5G1.3 and 18 U.S.C. § 3584 and a "motion for prompt disposition" under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the motions under a new civil case number.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|