# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 50010 07 C 50236 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. Sirdouglas Dismuke | | |

**DOCKET ENTRY TEXT:**

Defendant has filed a "Motion for rehearing on motion to amend restitution order" under his criminal case number. This motion should have been filed under his civil case number. The clerk is directed to refile the motion under civil case number 07 C 50236.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JT |
|---|---|---|