IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
Plaintiff-Respondent,     )
                          )   Case No(s) 03CR50010
   -vs-                   )              02CR50061-4
                          )
SIR DOUGLAS DISMUKE,      )   Hon. Philip G. Reinhard
Defendant-Petitioner.     )

07 C 50236

MOTION FOR A REHEARING ON
MOTION TO AMEND RESTITUTION ORDER

That the defendant, Sir Douglas Dismuke, pro se, moves this honorable Court requesting a rehearing on his Motion to Amend his Sentencing Judgment Restitution Order that was subsequently denied by this Court.

In support hereof the defendant states as follows:

1. That the defendant had previously filed a Motion to Amend his Sentencing judgment's Restitution Order, by setting a more specific payment schedule, Ordering that he pay 10% of his prison job salary.

2. That the Court dismissed his motion on __11__/__30__/2007, by saying they (the Court) had construde the motion as a second subsequent §2255 motion. The defendant may have been the cause of the ruling because he put the wrong Statute on the motion, where he brought the motion pursuant to 18 U.S.C.S. §3584 and U.S.S.G. 5G1.3. But the motion should have been brought pursuant to 18 U.S.C.S. §3664(k) and U.S.S.G. §5E1.1.

3. That the defendant filed a timely notice of appeal on December 10, 2007. But he is requesting that this Court have a rehearing in this matter, and Amend and Modify his Restitution Order specifying that he pay 10% of his prison paycheck, pursuant to §3664(k) and §5E1.1, because his financial situtation has change for the worse.

Wherefore: the defendant prays this motion is granted.

Sir Dismuke
Sir DOUGLAS DISMUKE

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE**, that the undersigned has filed, A Motion For Rehearing on his motion to amend his sentencing judgment restitution Order(that was denied by the Court-then appealed). With the United States District Court, on December 11, 2007.

This also Certifies that a Copy of Said Document was served upon, Assistant U.S. Attorney, Joseph C. Pedersen, located at 308 W. State, Room 300, Rockford, Illinois 61101. By placing said documents in the U.S. mail postage paid on, December 11, 2007.

*Sir Dismuke*
Sir Douglas Dismuke
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN. 47808
# 12375-424

Pro Se Defendant