IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
Plaintiff-Respondent,      )   Crim. Case No. 02CR50061
                           )   No. 07 C 50235
-vs-                       )   No. 07 C 50236
                           )
SIR DOUGLAS DISMUKE,       )   Hon. Philip G. Reinhard
Defendant-Petitioner.      )

MOTION FOR REHEARING ON DENIED
MOTION TO AMEND SENTENCING JUDGMENT'S RESTITUTION ORDER

    Now comes the defendant, Sir Douglas Dismuke, pro se, and moves this honorable Court requesting a Rehearing on his Motions To Amend his Sentencing Judgment Order, that was denied by the Court on May 22, 2008.

    In support hereof the defendant states as follows:

1. That in 2007, the defendant filed a Motion for Amended Sentencing Judgment Order seeking a modification of his restitution Order under 18 U.S.C. §3664. The motion was subsequently denied by the Court and was construde to have been a second subsequent §2255. The defendant appealed and the case was remanded back to this Court by the Seventh Circuit Court of Appeals for further proceedings, due to the Court's error in construing the matter as a second §2255. (See: Record of Apeal No. 07-3976).

2. That the defendant feels that the Court abused its discretion in denying his §3664 motion on May 22, 2008. The Court's rationale was that Mr. Dismuke should had raised the issue in the Direct Appeal stage of his post-relief litigations. That is error because a 18 U.S.C. §3664 motion can be raised at any time before the District Court. The motion is simply a request asking the Sentencing

Court to Amend/Modify its earlier Restitution Judgment Order due to a substantial change in the defendant's financial situation.

Mr. Dismuke financial situation has change dramatically. He is in prison and without income. In light of United States v. Day, and the substantial change in the defendant's finacial situation, this Court should reconsider its Order and Amend Mr. Dismuke's Restitution Order to stipulate that he pay 10% per month of his prison job pay each month. He has enough time remaining to satify the restitution and all that can't be paid can be paid throug Supervised release.

The defendant will wait until the Court rules on this motion before filing an Appeal on the May 22, 2008, Order by the Court denying the motion. Because if the Court so chose to decline giving him the requested rehearing he'll appeal both decisions then.

Wherefore: Mr. Sir Douglas Dismuke, respectfully request that this motion is granted and a rehearing is Ordered. Then his restitution Order be Amended to 10% per month of his prison job and the rest to be paid through Supervised Release.

_Sir Dismuke_
Sir Douglas Dismuke

Pro Se Defendant

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that the undersigned has filed a Motion For a Rehearing on his Denied Motion for Amended Sentencing Judgment Restitution Order, with the U.S. District Court on June 13, 2008.

This also Certifies that a copy was served upon Assistant U.S. Attorney, Joseph C. Pederson , Esq., located at, 308 W. State St. Room #300, Rockford, Illinois 61101 , on June 13, 2008.

*Sir Dismuke*
Mr. Sir Douglas Dismuke
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN. 47808
#12375-424

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061 / 07 C 50235<br>07 C 50236 | **DATE** | 5/22/2008 |
| **CASE TITLE** | U.S.A. vs. Sir Douglas Dismuke | | |

**DOCKET ENTRY TEXT:**

Pursuant to the remand order of the United States Court of Appeals for the Seventh Circuit (No. 07-3976), the court denies on its merits the "motion to amend sentencing judgment's restitution order" as the claim has been defaulted because defendant failed to raise it on direct appeal.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|