IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) |
| -vs- | ) ) ) |
| SIR DOUGLAS DISMUKE,<br>Defendant. | ) ) |

Case No. 02 CR 50061
       07 C 50235
       07 C 50236

## DOCKETING STATEMENT

1.    The jurisdiction of the United States District Court for the Northern district of Illinois/Rockford/Western Division, was founded upon 18 U.S.C. §2113(a); §3664(f); and §3231. A grand jury convicted the defendant of Bank Robbery, he was then convicted of said offense and Ordered restitution without a specific payment schedule.

2.    The defendant filed a motion to amend his sentencing judgment restitution Order. The motion was later denied by the Court. A motion for rehearing was filed and that was also denied. The defendant now appeals both the judgment denied in this point.

3.    The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. §1291 and 18 U.S.C. §3742, and is based on the following particulars:

i.  Date of entry to be reviewed: Denied §3664(f) motion to amend sentencing judgment restitution Order on *Phil  Idown/*2008.

ii. Motion for rehearing denied by the court on *June  1 16 /*2008.

III.  Filing date of notice of appeal: June 27, 2008.

X  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       Sir Douglas Dismuke
       Appellant

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:   07v50236

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| United States Of America | | Sirdouglas D. Dismuke(Appellant) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Joseph Carlyle Pedersen | Name | Sirdouglas D. Dismuke |
| Firm | United State Attorney's Office | Firm | |
| Address | 308 West State Street, Suite 300 Rockford, IL 61101 | Address | Terre Haute - FCI P.O. Box 33 Terre Haute, IN 47808 |
| Phone | (815) 987-4444 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Philip G. Reinhard | Date Filed in District Court | 11/19/2007 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 6/19/2008 |
| Nature of Suit Code | 510 Prisoner: Vacate | Date of Notice of Appeal | 7/02/2008 |

COUNSEL:        Appointed [  ]        Retained [  ]        Pro Se [x]

FEE STATUS:        Paid [  ]        Due [x]        IFP [  ]

IFP Pending [  ]        U.S. [  ]        Waived [  ]

Has Docketing Statement been filed with the District Court Clerk's Office?        Yes [  ]        No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [  ]        Denied [  ]        Pending [  ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#):    12375-424

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061 / 07 C 50235 07 C 50236 | **DATE** | 5/22/2008 |
| **CASE TITLE** | U.S.A. vs. Sir Douglas Dismuke | | |

**DOCKET ENTRY TEXT:**

Pursuant to the remand order of the United States Court of Appeals for the Seventh Circuit (No. 07-3976), the court denies on its merits the "motion to amend sentencing judgment's restitution order" as the claim has been defaulted because defendant failed to raise it on direct appeal.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061 / 07 C 50235 07 C 50236 | **DATE** | 6/19/2008 |
| **CASE TITLE** | U.S.A. vs. Sir Douglas Dismuke | | |

**DOCKET ENTRY TEXT:**

The motion for rehearing of the denial of the motion to amend sentencing judgment's restitution order is denied.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

APPEAL, MAHONEY, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Rockford)
## CIVIL DOCKET FOR CASE #: 3:07-cv-50236
## Internal Use Only

United States Of America v. Dismuke

Assigned to: Honorable Philip G. Reinhard

Referred to: Honorable P. Michael Mahoney

Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 11/19/2007

Date Terminated: 11/30/2007

Jury Demand: None

Nature of Suit: 510 Prisoner: Vacate Sentence

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States Of America**

represented by **Joseph Carlyle Pedersen**
United States Attorney's Office
308 West State Street
Suite 300
Rockford, IL 61101
(815) 987-4444
Email: joseph.pedersen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sirdouglas D Dismuke**

represented by **Sirdouglas D Dismuke**
12375-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 📖 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Sirdouglas D Dismuke [Motion To Amend Sentencing Judgment's Restitution Order, 03 cr 50010] (pg, ) (Entered: 12/03/2007) |
| 11/19/2007 | 📖 2 | MOTION by Defendant Sirdouglas D Dismuke for Prompt Disposition (pg, ) (Entered: 12/03/2007) |
| 11/30/2007 | 📖 3 | CIVIL Cover Sheet (pg, ) (Entered: 12/03/2007) |

| 11/30/2007 | 4 | MINUTE entry before Judge Philip G. Reinhard [03-cr-50010] : Sirdouglas Dismuke, a federal prisoner, has filed a "motion to amend sentencing judgment's restitution order," citing U.S.S.G. § 5G1.3 and 18 U.S.C. § 3584 and a "motion for prompt disposition" under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the motions under a new civil case number.Notices mailed by Judicial Staff (pg, ) (Entered: 12/03/2007) |
| --- | --- | --- |
| 11/30/2007 | 5 | MINUTE entry before Judge Philip G. Reinhard : Sirdouglas Dismuke, a federal prisoner, filed a "motion to amend sentencing judgment's restitution order," citing U.S.S.G. § 5G1.3 and 18 U.S.C. § 3584 as authority, and requesting that the court amend its restitution order to establish a schedule of payments pursuant to United States v. Day, 418 F. 3d 746 (7th Cir. 2005). The court dismisses the motion for lack of jurisdiction as it challenges the validity of his sentence relating to restitution as opposed to the execution of his sentence (see 28 U.S.C. § 2241). Therefore, despite its label, it seeks relief under 28 U.S.C. § 2255 and must be dismissed as it is a successive such motion (see United States v. Dismuke, No. 04C50427, minute order dated 3/15/2005 denying prior § 2255 motion) for which Dismuke must obtain prior authorization from the Court of Appeals. See United States v. Carraway, 478 F. 3d 845, 849-50 (7th Cir. 2007). Additonally, the § 2255 motion is well beyond the one-year statute of limitations. See 28 U.S.C. § 2255 6. Therefore, the court dismisses the motion for lack of jurisdiction. The motion for prompt disposition is denied as moot.Civil case terminated. Notices mailed by Judicial staff (pg, ) (Entered: 12/03/2007) |
| 11/30/2007 | 6 | ENTERED JUDGMENT Signed by court clerk for Judge Philip G. Reinhard on 11/30/2007:(pg, ) (Entered: 12/03/2007) |
| 12/13/2007 | 7 | MINUTE entry before Judge Philip G. Reinhard : Defendant has filed a "Motion for rehearing on motion to amend restitution order" under his criminal case number. This motion should have been filed under his civil case number. The clerk is directed to refile the motion under civil case number 07 C 50236.Notices mailed by Judicial staff. (pg, ) (Entered: 12/13/2007) |
| 12/13/2007 | 8 | MOTION by Defendant Sirdouglas D Dismuke for a rehearing on motion to amend restitution order (pg, ) (Entered: 12/13/2007) |
| 12/21/2007 | 9 | MINUTE entry before Judge Philip G. Reinhard : The motion for rehearing 8 is deniedNotice mailed by Judicial staff (pg, ) (Entered: 12/21/2007) |
| 03/24/2008 | 10 | Order United States Court Of Appeals (pg, ) (Entered: 03/24/2008) |
| 05/22/2008 | 11 | MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to the remand order of the United States Court of Appeals for the Seventh Circuit (No. 07-3976), the court denies on its merits the "motion to amend sentencing judgment's restitution order" 1 as the claim has been defaulted because defendant failed to raise it on direct appeal. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 05/22/2008) |
| 06/18/2008 | 12 | MOTION by Defendant Sirdouglas D Dismuke for rehearing on denied motion to amend sentencing judgment's restitution order (jat, ) (Entered: 06/18/2008) |
| 06/19/2008 | 13 | MINUTE entry before the Honorable Philip G. Reinhard:The motion for rehearing of the denial of the motion to amend sentencing judgment's restitution order 12 is denied. Notices mailed by Judicial staff. (jat, ) (Entered: 06/19/2008) |

| 07/02/2008 | 🖼 14 | NOTICE of appeal by Sirdouglas D Dismuke regarding orders 11 , 13 (pg, ) (Entered: 07/02/2008) |