IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
Plaintiff, )
)   Case No. 02 CR 50061
-vs- )            07 C 50235
)            07 C 50236
SIR DOUGLAS DISMUKE, )
Defendant. )

## DOCKETING STATEMENT

1.  The jurisdiction of the United States District Court for the Northern district of Illinois/Rockford/Western Division, was founded upon 18 U.S.C. §2113(a); §3664(f); and §3231. A grand jury convicted the defendant of Bank Robbery, he was then convicted of said offense and Ordered restitution without a specific payment schedule.

2.  The defendant filed a motion to amend his sentencing judgment restitution Order. The motion was later denied by the Court. A motion for rehearing was filed and that was also denied. The defendant now appeals both the judgment denied in this point.

3.  The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. §1291 and 18 U.S.C. §3742, and is based on the following particulars:

i. Date of entry to be reviewed: Denied §3664(f) motion to amend sentencing judgment restitution Order on _April_ /_devan_/2008.

ii. Motion for rehearing denied by the court on _June_ /16/2008.

III. Filing date of notice of appeal: June 27, 2008.

X _[signature]_
Sir Douglas Dismuke
Appellant