**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 11, 2008

| | | |
|---|---|---|
| No.: 08-2641 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>SIRDOUGLAS D. DISMUKE,<br>Defendant - Appellant | **FILED**<br><br>AUG 1 3 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**Originating Case Information:**

District Court No: 3:07-cv-50236
Northern District of Illinois, Western Division
Court Reporter Mary Lindbloom
Clerk/Agency Rep Michael Dobbins
District Judge Philip Reinhard

This cause, docketed on July 2, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate** (form ID: 137)

A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

August 11, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      211 S. Court Street
      Rockford , IL 61101-0000

**FILED**

AUG 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2641 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  SIRDOUGLAS D. DISMUKE, Defendant - Appellant |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 3:07-cv-50236 |
| Northern District of Illinois, Western Division |
| Court Reporter Mary Lindbloom |
| Clerk/Agency Rep Michael Dobbins |
| District Judge Philip Reinhard |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any

direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    Circuit Rule 3(b)

STATUS OF THE RECORD:                 no record to be returned

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____                   _____

form name: c7_Mandate (form ID: 135)